THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD J. RYAN, Appellant. [869 NYS2d 846]

Present—Hurlbutt, J.P., Martoche, Fahey and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FAY HOLLIDAY, Appellant. [869 NYS2d 839]

Present—Hurlbutt, J.P., Martoche, Fahey and Gorski, JJ.